UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW VADO,

                              Petitioner,          18 Civ. 9310 (PAE)

                -v-

UNITED STATES OF AMERICA,          14 Cr. 666-1 (PAE)

                              Respondent.          <u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

       The Court has received notice from petitioner Matthew Vado that he purportedly has not received a copy of the Court's decision resolving his petition for relief pursuant to 28 U.S.C. § 2255. Dkt. 10. On November 22, 2019, the Court denied Vado's petition. Dkt. 9. The Court's chambers will mail this order, and a copy of the Court's decision resolving Vado's petition, Dkt. 9, to Vado today.

       SO ORDERED.

                                                                      PAUL A. ENGELMAYER
                                                                      United States District Judge

Dated: April 14, 2020
        New York, New York